# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 1550 | **DATE** | 6/15/2004 |
| **CASE TITLE** | Daniels vs. Bursey | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due ___.
(3) ☐ Answer brief to motion due ___. Reply to answer brief due ___.
(4) ☐ Ruling/Hearing on ___ set for ___ at ___.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on ___ set for ___ at ___.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on ___ set for ___ at ___.
(7) ☐ Trial[set for/re-set for] on ___ at ___.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to ___ at ___.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] For the reasons set forth on the attached Memorandum Opinion and Order, the rule to show cause issued to John Koreski V and Richard Order is discharged.

(11) ■ [For further detail see order attached to the original minute order.]

| | |
|---|---|
| | No notices required, advised in open court. |
| | No notices required. |
| | Notices mailed by judge's staff. |
| | Notified counsel by telephone. |
| ✓ | Docketing to mail notices. |
| | Mail AO 450 form. |
| | Copy to judge/magistrate judge. |
| OR | courtroom deputy's initials |

Date/time received in central Clerk's Office — mailing deputy initials

JUN 2 1 2004 — date docketed

Document Number: 267

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JOHN DANIELS, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 03 C 1550 |
| WAYNE BURSEY, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

MATTHEW F. KENNELLY, District Judge:

On May 19, 2004, the Court entered an order directing John Koresko V, one of the plaintiffs' attorneys, and Richard Order, one of the attorneys for a group of the defendants, to show cause why they should not be sanctioned for their personal attacks on each other made in documents filed with the Court. *See Daniels v. Bursey*, No. 03 C 1550, 2004 WL 1144046 (N.D. Ill. May 19, 2004). Both Mr. Koresko and Mr. Order have made submissions in response to the motion.

The Court declines to impose any further sanction upon either attorney. Though both Mr. Koresko and Mr. Order have provided a justification for their actions, both appear to acknowledge that their written comments that prompted the Court's criticism were inappropriate, and both have vowed to avoid similar conduct as the case progresses. Under the circumstances, the Court finds that the "warning" that was, in effect, administered by the Court's May 19 ruling, is a sufficient response to counsel's conduct.

## Conclusion

For the reasons stated above, the rule to show cause issued to John Koresko V and Richard Order is discharged.

                                                   _____
                                                   MATTHEW F. KENNELLY
                                                   United States District Judge

Date:   June 15, 2004